UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUNNY JEAN YOW,

Plaintiff,

v.

CITY OF BERKELEY, et al.,

Defendants.

Case No. 26-cv-10262-RFL

**ORDER MAINTAINING STATUS QUO AND SETTING BRIEFING SCHEDULE ON MOTION FOR TEMPORARY RESTRAINING ORDER**

Re: Dkt. No. 4

Sunny Jean Yow filed a motion for a temporary restraining order to prohibit Defendants from euthanizing her dog, Griz. In light of the irreversible consequences of euthanasia and questions about Yow's ability to effectively participate in the administrative hearing, it is appropriate to maintain the status quo so that the matter can be heard. Accordingly, Defendants are **ORDERED** not to euthanize Griz pending further order of this Court. Yow shall serve a copy of this on Defendants as soon as possible. Defendants shall file a response to Yow's motion for a temporary restraining order by **September 15, 2026**, and shall also state in that response whether they accept service as of that date. Yow may file a reply by **September 17, 2026**. A hearing is set for **September 22, 2026, at 10:00 a.m.** in Courtroom 4 on the 17th floor of the San Francisco Courthouse at 450 Golden Gate Avenue. The parties may appear either in person or via Zoom. If the parties wish, they may propose a longer briefing schedule.

**IT IS SO ORDERED.**

Dated: September 11, 2026 at 1:44 p.m.

RITA F. LIN
United States District Judge